Alexander v. Alexander.

Filed Jan. 25, 1894.

———————◆———————

No. 1,059.

ALEXANDER v. ALEXANDER.

APPELLATE COURT PRACTICE.—*Dismissal for Failure to File Brief.—Motion to Reinstate.*—Where an appeal has been dismissed for failure of appellant to file a brief, and no good cause for the delay is shown, the case will not be reinstated, especially where the transcript may be withdrawn and refiled within the time allowed for appeal.

From the Monroe Circuit Court.

*A. M. Cunning,* for appellant.

*J. B. Black,* for appellee.

PER CURIAM.—The transcript in this cause was filed in this court July 18, 1893. It was submitted August 19. On December 28, 1893, it was dismissed by the clerk, under rule 19, for the want of a brief by appellant,

who now asks to have the cause reinstated. No good excuse is shown for the delay, and we must, therefore, decline to set aside the rule.

The year has not expired, and the transcript may be refiled without serious prejudice to appellant.

It is desirable that causes should be prepared and briefed within the time fixed by the rules, so far as this may be practicable.

The motion to reinstate is overruled, with leave to withdraw the transcript and brief.

Filed Jan. 24, 1894.